X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd,
La Jolla, California 92037
Telephone:    858-454-4313
Facsimile:    858-454-4314
Email:    jon@x-patents.com

Attorneys for Plaintiff and Counter-Defendant
One Industries, LLC, and Third-Party Defendant
Ludovic Boinnard

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE INDUSTRIES, LLC, a limited liability company, | Case No. 06 CV 1133 JAH (AJB) |
| Plaintiffs, | **DECLARATION OF JONATHAN HANGARTNER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| JIM O'NEAL DISTRIBUTING, INC., a corporation, | |
| Defendants. | Judge:  Hon. John A. Houston |
| | [Complaint filed May 25, 2006] |
| JIM O'NEAL DISTRIBUTING, INC. | Date:  October 22, 2007 |
| Counterclaimant, | Time:  2:30 p.m. |
| v. | Crtm:  11 |
| ONE INDUSTRIES, LLC, | |
| Counterdefendant | |

I, Jonathan Hangartner, declare:

1.      I am an attorney at law, admitted and licensed to practice in the State of California.  I am the principal of the firm X-Patents, APC, counsel for Plaintiff and Counter-Defendant One Industries, LLC ("One Industries"), and Third-Party Defendant

-1-

1  Ludovic Boinnard in the above-captioned action.  I have personal knowledge of the facts
2  set forth below, and if called as a witness could testify thereto.

3

4          2.      Concurrent with the filing of this Declaration, I am causing to be filed
5  Plaintiff One Industries, LLC's Motion for Summary Judgment of the Amended Answer
6  and Counterclaims and Third-Party Defendant Ludovic Boinnard's Motion for Summary
7  Judgment of the Amended Third-Party Complaint in the above-captioned action.

8

9          3.      During the discovery period of the above-captioned action, Jim
10  O'Neal Distributing, Inc. ("O'Neal") conducted depositions of One Industries' principal
11  owners, Ludovic Boinnard ("Boinnard") and Marc Blanchard ("Blanchard").  A true and
12  correct copy of the transcript of the deposition of Marc Blanchard is attached hereto as
13  Exhibit A.  A true and correct copy of the non-confidential portions of the transcript of the
14  deposition of Ludovic Boinnard is attached hereto as Exhibit B.

15

16          4.      Attached as Exhibit C is a true and correct copy of a magazine article
17  about One Industries entitled "Number One" that appeared in the February 2007 issue of a
18  magazine called Dirt Bike Rider.

19

20          5.      Attached as Exhibit D is a true and correct copy of One Industries'
21  1997 catalog.

22

23          6.      Attached as Exhibit E is a true and correct copy of One Industries'
24  Spring 2000 catalog.

25

26

27

28

7.      True and correct copies of excerpts illustrating One Industries' use of the One Icon and One Angular Mark from One Industries' 2001, 2002, 2003, and 2004 catalogs are attached as Exhibit F, Exhibit G, Exhibit H, and Exhibit I, respectively.

8.      True and correct copies of One Industries' 2004, 2005, 2006, and 2007 helmet catalogs are attached as Exhibit J, Exhibit K, Exhibit L, and Exhibit M, respectively.

9.      Attached as Exhibit N are nine (9) logos created by Jerome Coste and sent to Marc Blanchard as discussed in his deposition.

10.     Blanchard and Boinnard are the owners of four federal trademark registrations issued by the U.S. Patent and Trademark Office for the One Icon: Registration Nos. 2946193, 2831710, 2842641, and 2831709.  True and correct copies of Registration Nos. 2946193, 2831710, 2842641, and 2831709 are attached as Exhibit O.

11.     Blanchard and Boinnard are the owners of four federal trademark registrations issued by the U.S. Patent and Trademark Office for the One Angular Mark: Registration Nos. 2970422, 2894616, 2894615, 2894614.  True and correct copies of Registration Nos. 2970422, 2894616, 2894615, and 2894614 are attached as Exhibit P.

12.     Attached as Exhibit Q is a true and correct copy of excerpts from the April 2004 issue of Motocross Action magazine containing one of the first advertisements for the new One Industries Trooper helmet and a review of the Trooper helmet.

13.     A true and correct copy of trademark Registration No. 2006997 is attached as Exhibit R.

Declaration of Jonathan Hangartner

14.     A true and correct copy of trademark serial Application No. 78878750 is attached as Exhibit S.

15.     True and correct copies of: (1) correspondence of May 11, 2006 from Joel Landau to Ludovic Boinnard; (2) correspondence of May 16, 2006 from Jonathan Hangartner to Joel Landau; and (3) e-mail correspondence of May 18, 2006 from Steven Sereboff to Jonathan Hangartner, are attached hereto as Exhibit T.

16.     Attached as Exhibit U are true and correct copies of two posters advertising Oakley motocross goggles using the Oakley "O" logo.

17.     Attached as Exhibit V are true and correct copies of images of motocross gear bags offered by the company OGIO that prominently feature OGIO's "O" logo.

18.     Attached as Exhibit W are true and correct copies of excerpts from a 2006 Alloy MX catalog of motocross apparel and accessories that prominently feature Alloy's O-shaped logo.

19.     Attached as Exhibit X are true and correct copies of excerpts from the 2007 No Fear product catalog showing No Fear's O-shaped logo.

20.     True and correct copies of excerpts showing helmets and jerseys from O'Neal's 2004, 2005, and 2006 catalogs are attached as Exhibit Y, Exhibit Z, and Exhibit AA, respectively.

1    21.    Attached as Exhibit BB is a true and correct copy of an article dated

2    April 2, 2005, entitled "TWMX All Access: O'Neal Distributing" that was printed from

3    www.transworldmotocross.com on June 1, 2005.

4

5    I declare under penalty of perjury under the laws of the State of California

6    that the foregoing is true and correct to the best of my knowledge.  Executed on August 15,

7    2007, at San Diego, California.

8

9

10                                      /s/ Jonathan Hangartner

11                                          Jonathan Hangartner

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06 CV 1133 JAH (AJB)                              Declaration of Jonathan Hangartner