TROJAN LAW OFFICES
R. JOSEPH TROJAN Cal. Bar No. 137,067
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348
Email: Trojan@trojanlawoffices.com

Attorney for Defendant and Third-Party Plaintiff
JIM O'NEAL DISTRIBUTING, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE INDUSTRIES, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JIM O'NEAL DISTRIBUTING, INC., a corporation,<br><br>Defendant.<br><br>AND ALL RELATD COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS. | Case No. 06cv1133 JAH(AJB)<br><br>**DECLARATION OF FRANK KASHARE IN SUPPORT IN SUPPORT OF DEFENDANT AND THIRD-PARTY PLAINTIFF JIM O'NEAL DISTRIBUTING INC.'S OPPOSITION TO PLAINTIFF AND THIRD-PARTY DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable Anthony Battaglia<br>Complaint Filed: May 25, 2006 |

1  I, Frank Kashare, declare:

2  

3  1. I am the Vice President of Jim O'Neal Distributing, Inc., the Defendant and Third-

4  Party Plaintiff in the above-captioned case. I have personal knowledge of the facts set forth

5  below, and if called as a witness could testify thereto.

2. I have been Vice President of O'Neal since I was hired in 1997 and am responsible for overseeing most of the operation.

3. O'Neal has received calls requesting an O'Neal Kombat helmet or an O'Neal Rockstar or an O'Neal Monster helmet. These phone calls began in late 1995 or early 1996 and have continued through the present. The "Kombat," "Rockstar," and "Monster" helmets are helmet styles manufactured, distributed and sold by One Industries. O'Neal now makes a "Monster" helmet, but at the time did not make them at the time these phone calls began.

4. O'Neal does not get calls for Thor products or Answer products or MSR or Fox, or other prominent motocross helmet manufacturers. All of a sudden we begin to get an abundance of inquiries, mistakes from vendors, mistakes from consumers, and mistakes from dealers in regard to helmets manufactured by One Industries. I think this shows obvious brand confusion as a result of their marks being "ONE" and "O" and our marks being "O'NEAL" and "O."

5. Some specific examples of confusion include the following:

   a. Dennis Kirk, the world's largest mail order company for motorcycle, snow, and ATV business, who sells direct to consumers, confused the O'Neal and One Industries brands and placed a One Industries helmet under the O'Neal helmet category as an O'Neal helmet on its website.

   b. MS-zone.com, an online retailer of motocross products confused a One Industries helmet with an O'Neal helmet by on its website and placed the One

2     06 CV 1133 JAH (AJB)

helmet under the O'Neal helmet category.

c. KBC Manufacturing, Inc., the manufacturer of both O'Neal and One Industries helmets mistakenly sent production samples of One Industries helmets to O'Neal and production samples of O'Neal helmets to One Industries.

d. Roland Hinz, the owner of Hi-Torque Publications, the largest publisher of motorcycle and motorcycle related magazine was wearing a One Industries sweatshirt and proudly said to me "Hey I'm representing" or something of that nature, because he thought he was wearing an O'Neal sweatshirt.

e. Members of my sales staff have continually informed me of calls they have received in regard to requests to product manufactured by One Industries as well as actual orders placed by dealers attempting to purchase various One Industries helmets from us.

f. One dealer was so confused about the difference between the two manufacturers that while having the One Industries catalog in hand, he called O'Neal asking for the Trooper helmet.

6. My personal belief and the evidence that's been brought in front of me would indicate that there are consumers who are confused by the two brands, there are dealers that are confused by the two brands, there are vendors that are confused by the two brands. And, therefore, I firmly believe that we are losing market share to people who may believe that they are buying an O'Neal product and/or understanding it to be backed by a company that's been in business since 1970 making protective gear and not stickers and graphics.

1  I declare under penalty of perjury under the laws of the State of California that the
2  forgoing is true and correct to the best of my knowledge. Executed on September 27, 2007 at Las
3  Vegas, Nevada.

_____
Frank Kashare