# EXHIBIT I

*Best shot: Mike LaRocco wasn't given much consideration at the start of the '99 season. At Daytona, Mike proved that a working-class ethic serves a rider a lot better than the rest of the riders' too-cool-to-care approach to racing. Mike's third place was achieved with true grit.*

❑ The Pontiac Silverdome, home of the Detroit Lions, has long been a stop on the AMA Supercross series circuit. Back in the days of double headers, Pontiac used to be one of the most important races of the series. Two bad nights at Pontiac and you would be out of contention for the championship. Now, Pontiac is just a another stop on the Jeremy McGrath victory tour. Turn out the lights—but only so the spotlight can focus on King Jeremy.

Not that Pontiac has always been so kind to Jeremy, although only once has it cost him the 250 Supercross championship. Last year, McGrath self-destructed at Pontiac, breaking both his triple clamps and his navicular (he went on to win the title anyway). In '97, McGrath's Pontiac failures could be attributed more to his Suzuki than his Michigan curse (and the points Jeremy lost at Pontiac cost him the title).

Pontiac 1999 was Jeremy's coup de grace. He whipped 'em. Whipped 'em bad. Made 'em *look* bad. And looked good in the process.

**OPENING CEREMONIES**

There is something odd about a supercross starting while it's still sunny outside. There's something even odder about lighting off a barrage of fireworks inside a domed stadium. At least with the dome's own sound system you could hear what the announcers had to say.

*Second chances: It's hard to imagine that only a couple of years ago Damon Huffman was the heir apparent to Jeremy McGrath. Two years later, McGrath is still the king and Damon isn't even a prince. Seventh at Pontiac is nothing to crow about.*

*Iron men: Who's Tyler Evans? Tyler hadn't made a dent in the 125 West, but when the series went East Tyler was a double threat, qualifying for both the 125 and 250 classes. At Pontiac, riding the 125 main left him out of energy for the 250 main.*

◄ *Crowning moment: The champ! Jeremy McGrath was the smartest, strongest, most consistent and most inspired. From Daytona on he owned the series. Pontiac was just another notch on his gun.*

