X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd,
La Jolla, California 92037
Telephone:   858-454-4313
Facsimile:   858-454-4314
Email:   jon@x-patents.com

Attorneys for Plaintiff and Counter-Defendant
One Industries, LLC, and Third-Party Defendant
Ludovic Boinnard

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE INDUSTRIES, LLC, a limited liability company,<br><br>                      Plaintiffs,<br>       v.<br>JIM O'NEAL DISTRIBUTING, INC., a corporation,<br><br>                      Defendants. | Case No. 06 CV 1133 JAH (AJB)<br><br>**SUPPLEMENTAL DECLARATION OF JONATHAN HANGARTNER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. John A. Houston<br><br>[Complaint filed May 25, 2006]<br><br>Date: October 22, 2007<br>Time: 2:30 p.m.<br>Crtm: 11 |
| JIM O'NEAL DISTRIBUTING, INC.<br><br>                      Counterclaimant,<br>       v.<br>ONE INDUSTRIES, LLC,<br><br>                      Counterdefendant | |

I, Jonathan Hangartner, declare:

1.   I am an attorney at law, admitted and licensed to practice in the State of California. I am the principal of the firm X-Patents, APC, counsel for Plaintiff and Counter-Defendant One Industries, LLC ("One Industries"), and Third-Party Defendant

1  Ludovic Boinnard in the above-captioned action.  I have personal knowledge of the facts
2  set forth below, and if called as a witness could testify thereto.

4          2.      Concurrent with the filing of this Declaration, I am causing to be filed
5  Plaintiff One Industries, LLC's Reply in Support of Motion for Summary Judgment of the
6  Amended Answer and Counterclaims and Third-Party Defendant Ludovic Boinnard's
7  Reply in Support of Motion for Summary Judgment of the Amended Third-Party
8  Complaint in the above-captioned action.

10         3.      A true and correct printout from www.uspto.gov displaying the results
11 of a search for federally registrations and applications for composite O and O' marks is
12 attached as Exhibit CC.

14         4.      A true and correct copy of an article published on January 24, 1886 in
15 the New York Times Magazine discussing the history of Irish surnames is attached as
16 Exhibit DD.

18         5.      True and correct copies of federal trademark registrations for various
19 composite "O" marks, including registrations owned by Oakley and Ogio, are attached as
20 Exhibit EE.

22         6.      Photographs of a One Industries' helmet, helmet box, and literature
23 accompanying the helmet are attached as Exhibit FF.

25         7.       True and correct images of One Industries' homepage, homepage
26 contact list, helmet homepage, and helmet homepage contact list are attached as Exhibit
27 GG.

28

1        8.    True and correct images of definitions for "microsite" from www.dictionary.com, www.wikipedia.com and www.whatis.com are attached as Exhibit HH.

9.    True and correct images of Fox Racing's homepage and linked microsites are attached as Exhibit II.

10.    A true and correct copy of the Rebuttal Expert Report of Jeffrey M. Samuels is attached as Exhibit JJ.

11.    A true and correct copy of relevant excerpts from the deposition of Frank Kashare is attached as Exhibit KK.

12.    A true and correct copy of relevant excerpts from the deposition of Jennifer Lee is attached as Exhibit LL.

13.    A true and correct copy of relevant excerpts from the deposition of Robb Mesecher is attached as Exhibit MM.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on October 5 2007, at San Diego, California.

                                                /s/ Jonathan Hangartner
                                                    Jonathan Hangartner