








Exhibit II 55

