1           UNITED STATES DISTRICT COURT
2           SOUTHERN DISTRICT OF CALIFORNIA
3
4 ONE INDUSTRIES, LLC,        )
                             )
5        Plaintiff,          )
                             )
6   vs.                      )  No. 06-CV-1133 JAH (AJB)
                             )
7 JIM O'NEAL DISTRIBUTING,   )
  INC.,                      )
8                            )
         Defendants.         )
9 _____)
10
11
12
13
14
15      VIDEOTAPED DEPOSITION OF JENNIFER UN LEE
16           Beverly Hills, California
17           Thursday, May 3, 2007
18
19
20
21
22
23
  Reported by:
24 DAVID S. COLEMAN
   CSR No. 4613
25 Job No. 070503DSC(A)

                        1

---

1           UNITED STATES DISTRICT COURT
2           SOUTHERN DISTRICT OF CALIFORNIA
3
4 ONE INDUSTRIES, LLC,        )
                             )
5        Plaintiff,          )
                             )
6   vs.                      )  No. 06-CV-1133 JAH (AJB)
                             )
7 JIM O'NEAL DISTRIBUTING,   )
  INC.,                      )
8                            )
         Defendants.         )
9 _____)
10
11
12
13
14      Videotaped deposition of JENNIFER UN LEE,
15 taken on behalf of Defendant Jim O'Neal Distributing,
16 Inc., at 9250 Wilshire Boulevard, Suite 325, Beverly
17 Hills, California, beginning at 10:00 AM and ending at
18 11:20 AM on Thursday, May 3, 2007, before DAVID S.
19 COLEMAN, Certified Shorthand Reporter No. 4613.
20
21
22
23
24
25

                        2

---

1 APPEARANCES:
2
3 For Plaintiff One Industries, LLC and Third Party
  Defendants Ludovic Boinnard and Marc Blanchard:
4
     X-PATENTS, APC
5    BY:  JONATHAN HANGARTNER
     Attorney at Law
6    5670 La Jolla Boulevard
     La Jolla, California 92037
7  · 858-454-4313
8
  For Defendant Jim O'Neal Distributing, Inc.:
9
     TROJAN LAW OFFICES
10   BY:  R. JOSEPH TROJAN
     Attorney at Law
11   9250 Wilshire Boulevard, Suite 325
     Beverly Hills, California 90212
12   310-777-8399
13
  Also Present:
14
     FRANK KASHARE
15
16 Videographer:
17   STEPHANIE MURPHY
     GRADILLAS COURT REPORTERS
18   345 North Maple Drive, Suite 185
     Beverly Hills, California 90210
19   310-859-6677
20
21
22
23
24
25

                        3

---

1                INDEX
2 WITNESS:                    EXAMINATION
3 JENNIFER UN LEE
4
     BY MR. TROJAN              5, 53
5
     BY MR. HANGARTNER          34, 56
6
7
                 EXHIBITS
8
  DEPOSITION                    PAGE
9
  103  E-mail string beginning at the top    28
10     from Frank Kashare to mirsky at
       Trojan Law Offices dated March 19,
11     2007
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                        4

---

Exhbit LL
83

**CONFIDENTIAL**                                          Jennifer Un Lee5/3/2007

| | |
|---|---|
| 1   Q   And the graphics includes the trademarks?<br>2   A   Yes, most -- yes, all of the time.<br>3   Q   Is there a process in which you send samples to<br>4 your customers, your private label customers?<br>5   A   Yes, we do that all the time.  We got to send<br>6 the samples to the customer to get an approval.<br>7   Q   At what point in the process do you send the<br>8 samples?<br>9   A   Once we complete the initial sample -- once we<br>10 receive the artwork from the client and we -- after we<br>11 produce the decal, we apply the graphics onto actual<br>12 helmet, and once -- after that we have to send the sample<br>13 to client for the review and have the comments from them,<br>14 and if there is any revision need to be made, we make all<br>15 the revisions and be ready for production.<br>16   Q   Who decides the shape of the helmet?<br>17   A   Client most of the times.  We do suggest some<br>18 design comments from time to time, but in most of time,<br>19 yes, this is solely based upon the client's decision.<br>20   Q   And how often do you revise the graphics for the<br>21 helmets?<br>22   A   It depends upon how -- the complexity of the<br>23 design, but usually we make about -- revisions, about<br>24 I'll say two, three times, but it varies.  It depends<br>25 upon the complexity of design.<br><div align="center">17</div> | 1 new graphics?<br>2   A   Last year they offer their graphic for fall and<br>3 spring, and they do the same thing for this year, I<br>4 believe, yes.<br>5   Q   So twice a year?<br>6   A   Twice a year.<br>7   Q   So are you aware of an incident where KBC<br>8 recently shipped an O'Neal helmet to One Industries and a<br>9 One Industries helmet to O'Neal?<br>10   A   Yes, I do.<br>11   Q   Okay.  Could you describe that incident for me?<br>12   A   Actually, we had a sample for O'Neal and for One<br>13 Industries at the same time, and once we get the sample,<br>14 I usually hand it out to our shipping department, and<br>15 he -- at the time he had a lot of stuff to send out to<br>16 the client, and he mistakenly put the labels on the box.<br>17 He should have put O'Neal's -- I mean he switch off the<br>18 shipping labels on the box, and that's how it had<br>19 happened.<br>20   Q   Do you know if KBC has ever mistakenly shipped<br>21 another party's helmets to O'Neal before?<br>22   A   Not to O'Neal, but putting incorrect labels,<br>23 that did happen quite a bit.<br>24   Q   Did you ever investigate why it happened in this<br>25 case?<br><div align="center">19</div> |
| 1   Q   And how often do private label customers submit<br>2 new designs?<br>3   A   That also varies.  It depends upon the client,<br>4 but on average clients update their graphics once a year.<br>5   Q   Was that true for O'Neal?<br>6   A   In most of times, yes, unless there is -- there<br>7 is a graphic for special edition, and customer sometimes<br>8 they do request for special edition graphics.  It carries<br>9 a bit different than the regular set of graphics, and if<br>10 that happens, it could be maybe twice a year.<br>11   Q   Okay.  And does One Industries also revise its<br>12 graphics once a year?<br>13   A   No.  They do per season, so they launch new<br>14 graphics in fall and spring, so twice a year I'll say.<br>15 Regular twice a year --<br>16   Q   Precision?<br>17   A   -- per season, so --<br>18   Q   What's that?<br>19   A   They --<br>20   Q   Per season?<br>21   A   Yeah, per season.<br>22   Q   I'm sorry.<br>23   A   Fall season and spring season.<br>24   Q   I got it.  Okay.<br>25   So for every season, all four seasons they have<br><div align="center">18</div> | 1   A   Yes.  I spoke to the shipping department<br>2 personnel, and he told me he just -- just -- it was an<br>3 accident.  He told me it was his mistake, and, you know,<br>4 no particular reason.<br>5   Q   What was the person's name?<br>6   A   William.<br>7   Q   William what?<br>8   A   Yoo.<br>9   Q   William Yoo?<br>10   A   Y O O last name.<br>11   Q   And did you ask him whether he actually looked<br>12 at the names on the helmets before he put the wrong<br>13 labels on it?<br>14   A   I don't recall asking him that particular<br>15 question.  I just asked him why did you -- the helmets<br>16 went to the different place, and he -- all he told me is<br>17 that he mislabeled the boxes.  He tried to ship out the<br>18 helmets at the same time, and then he just mislabeled the<br>19 boxes, misplaced the labels.<br>20   Q   So isn't it true that the helmets that were sent<br>21 to O'Neal arrived several days before the helmets that<br>22 were shipped to One Industries?<br>23   A   Not that I know.  I'm not sure about the<br>24 delivery date.<br>25   Q   Do you recall O'Neal calling you up to discuss<br><div align="center">20</div> |

Exhbit LL
84

1 package, but for that particular package I didn't really
2 had a chance to track down the package because, you know,
3 I just had to call the One Industries and told them and
4 make sure that they reroute the package --
5    Q  Okay.
6    A  -- to us.
7    Q  Could you provide us with a copy of the screen
8 on which it would show --
9    A  I could. It should be in my e-mail system. I
10 don't -- yeah, I should have it. I should be able to
11 provide you a copy.
12   Q  And also the -- any documentation showing the
13 date on which the package was shipped --
14   A  Okay.
15   Q  -- to One Industries?
16      And also the package that was shipped to O'Neal.
17   A  I could go and ask our shipping department,
18 because he usually keep the record of the previous
19 shipment. If not, then -- and he also e-mail me the
20 tracking number, so I should have that on record, and I
21 should be able to --
22   Q  Okay.
23   A  -- provide you the information.
24   Q  Thank you very much for doing that.
25   A  Oh, you're welcome.
                        25

1    Q  Appreciate it.
2       So do you know if anyone in shipping has ever
3 sent a Fox helmet to O'Neal by mistake?
4    A  Not that I know of, but I know that there's
5 incidents, the mistake has been made from time to time
6 due to our negligence, so I don't know whether he -- the
7 shipping department sends Fox helmet to O'Neal, but it
8 could happen, but not that I -- and I never been informed
9 on such an incident because I don't handle Fox Racing
10 account, so I don't know much about it.
11   Q  So you don't know whether there were any
12 mistakes in confusing an O'Neal helmet with anyone else's
13 helmet before?
14      MR. HANGARTNER: Objection.
15 BY MR. TROJAN:
16   Q  Is that correct?
17      MR. HANGARTNER: You can go ahead and answer.
18      THE WITNESS: Not that I know of, no.
19 BY MR. TROJAN:
20   Q  Have you talked to anyone about coming here
21 today other than just advising Mr. Yoo that you'd be
22 here?
23   A  You mean anybody at work?
24   Q  Well, first at work, yes.
25   A  Yes, I had to inform everybody that I'm coming
                        26

1 in late, so I had to let them know.
2    Q  Right.
3    A  So --
4    Q  Did anyone talk about your -- what you'd be
5 saying here today?
6    A  Did I ever?
7    Q  Right. Did you talk to anyone at work about
8 what you'd say here today?
9    A  Yes.
10   Q  And what was -- who did you talk to?
11   A  I -- not today, but -- because I just came back
12 from business trip, but this morning I call a colleague
13 and told her that I'm going to be coming in late because
14 I have to participate in deposition for O'Neal and -- but
15 not in particular. I just had to tell them where I'm
16 going to be at.
17   Q  So no one told you what to say here today?
18   A  Oh, no one told me what to say here, but I've
19 been told to just tell the truth. That's what I was told
20 from Kirk before. Not today, but before, yes.
21   Q  Okay. And you haven't -- have you spoken to
22 Mr. Hangartner about this?
23   A  Who is Mr. Hangartner?
24      No. I just met him this morning.
25   Q  My reaction too.
                        27

1       Okay. So I am going to mark what we will call
2 Exhibit 103 and ask you to look at that.
3       (Deposition Exhibit 103 was marked for
4       identification by the reporter and is
5       attached hereto.)
6       MR. HANGARTNER: You handed me two.
7       MR. TROJAN: Yeah. Actually, let me see.
8 Actually, let me take that back for a second. No, that's
9 actually correct.
10      MR. HANGARTNER: Okay. What number is it?
11      MR. TROJAN: This is 103.
12   Q  Do you recognize this?
13   A  Yes. I wrote the e-mail.
14   Q  So this is a series of e-mails between you and
15 Frank Kashare.
16      Is that correct?
17   A  Yes, that is correct.
18   Q  And were these e-mails regarding the confusion
19 over the shipment of the One Industries helmet --
20   A  That is correct.
21   Q  -- to O'Neal?
22   A  -- yes.
23   Q  Okay. So the first -- on the third page --
24   A  Uh-huh.
25   Q  -- we have an e-mail that says it's from Frank
                        28

**CONFIDENTIAL**                                    Jennifer Un Lee5/3/2007

1       MR. TROJAN: We are just going to continue.
2       MR. HANGARTNER: Okay.
3       MR. TROJAN: He will just come in when he's
4 ready.
5 BY MR. HANGARTNER:
6    Q   So you described earlier an incident involving a
7 misshipment of helmets between One Industries and O'Neal.
8       Correct?
9    A   Right.
10   Q   And when those samples arrived at your offices,
11 did you actually see those helmets?
12   A   I really didn't -- you mean the sample helmets?
13   Q   The sample helmets.
14   A   Before we send out the -- send out to the
15 clients?
16   Q   Yes.
17   A   Yes, I did look at the helmets.
18   Q   You got the helmets.
19   A   I got the helmets.
20      (Frank Kashare enters the deposition.)
21 BY MR. HANGARTNER:
22   Q   So can you describe for me sort of the sequence
23 of events again? When the samples arrived there, they're
24 being shipped from a factory, and where is that factory?
25   A   Both helmets were shipped from China, and

45

1 factory pull off from the production line. O'Neal's was
2 initial sample helmet, but I'm assuming they packed in
3 the O'Neal package as well. That's what the factory
4 usually do.
5    Q   And so the One Industries samples in this case
6 were not preproduction samples; those were actual
7 production line samples?
8    A   Actual production samples, yes.
9    Q   How many One Industries helmets were there?
10   A   I believe three helmets.
11   Q   And do you remember which models they were?
12   A   You mean the helmet model?
13   Q   Right.
14   A   It was Trooper.
15   Q   All three?
16   A   I believe so, yes.
17   Q   And do you remember what -- if there were any
18 particular --
19   A   Graphics?
20   Q   -- graphics?
21   A   I don't recall. Just the production helmets,
22 and I don't recall.
23   Q   Do you happen to remember what colors they were?
24   A   Not even the colors. I'm sorry.
25   Q   Okay. How about how many O'Neal helmets were

47

1 usually our shipping department people receive the
2 package. They open up the package and bring the helmet
3 to myself, and before we send out -- send back to the
4 client, I always check the helmets to see the helmets in
5 the right condition, and then I gave the helmets back to
6 the shipping department, and they go ahead and send out
7 the package to designated clients.
8    Q   So when you receive the sample helmet, is it in
9 any kind of packaging, or is it just a helmet?
10   A   There were -- they're usually -- it came in with
11 the in box of all the helmet. Each helmet has an in box.
12 So usually when shipping department people bring me the
13 helmets, sometimes they just bring up the helmets only,
14 but I remember that they -- they -- he just brought the
15 whole in box, and then I opened up the box and look at
16 the helmets.
17   Q   And what kind of a box were those helmets in?
18 Was it the actual consumer box that goes out on the
19 shelf?
20   A   Yes.
21   Q   And that's true of both the O'Neal helmets and
22 the One Industries helmets?
23   A   I believe so. I know for One Industries helmet,
24 they were packed in their -- the actual production box
25 because it wasn't the usual sample. It was something the

46

1 there?
2    A   I think there were one sample helmet.
3    Q   And do you know what model that was for O'Neal?
4    A   That was one of their new sample called Girl
5 graphic, G I R L graphic.
6    Q   Do you remember what color that was?
7    A   Several-color combination. Has black and green.
8    Q   Did you take those helmets out of the boxes?
9    A   Yes, I did.
10   Q   And then what did you do with the helmets after
11 you had inspected them? Did you put them back in the box
12 that they came in?
13   A   After I inspected them I called the shipping
14 department, and guys came upstairs, and they took the
15 helmets downstairs to send it out to the clients.
16   Q   Do you recall if you had put them back in the
17 box before shipping picked them up?
18   A   Yes.
19   Q   So shipping picked all three --
20   A   All three, One helmets and O'Neal helmets, yes.
21   Q   And they were all in their boxes?
22   A   Yes.
23   Q   And were they in any other boxes, or was it just
24 the retail box?
25   A   Actually, for One Industries helmets three

48

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

Exhbit LL
86

**CONFIDENTIAL**                    Jennifer Un Lee5/3/2007

1 samples came in all together. They individual -- they
2 were packed in individual in box, and they were put into
3 KBC box. There's -- we have a special box that could
4 hold up to three helmets, and on the outside it said
5 "KBC," and they were packed in KBC box. And O'Neal's
6 helmet, they were just packed in the individual in box.
7     Q   So the O'Neal ones were still in their --
8     A   In box --
9     Q   -- retail --
10    A   The retail box, yes.
11    Q   Okay. And do you know if the KBC box that
12 contained the three One Industries helmets had the name
13 "One Industries" on it in any --
14    A   On the outside of the box?
15    Q   Right.
16    A   Not on the outside, but the individual in box,
17 yes, had One Industries logo on it, yes.
18    Q   Okay. Do you know who actually picked them up
19 from your office?
20    A   I believe William. He works for shipping
21 department.
22    Q   And so how did you tell him where to send those
23 boxes?
24    A   He knows just by looking at the in box. Each
25 company has a different in box design, and, you know, I
                           49

1 package.
2     Q   You don't remember giving him particular
3 instructions on this instance?
4     A   No. I just told him, "This goes to One. This
5 goes to O'Neal."
6     Q   How long has William Yoo worked for KBC?
7     A   He joined KBC a week before I did, so this is
8 his fourth year as well.
9     Q   And he's been shipping helmets for all four
10 years?
11    A   Yes.
12    Q   Is there anyone else who does his job, or is he
13 really the guy who ships all the helmets?
14    A   There is another guy named John Kim; he also
15 works for the shipping department, but I'm sure that
16 William is the one that particularly handled that
17 particular shipment, because once I found out later that
18 the packages were delivered to wrong place, and then
19 William confess to me. He say it was him that made a
20 mistake, so...
21    Q   Did -- is there anyone else who ships out boxes
22 to One and O'Neal or --
23    A   Yeah. There is another guy named John Kim. He
24 also handles the packages.
25    Q   I meant other than John Kim and William Yoo.
                           51

1 told, "This goes to One Industries. This goes to
2 O'Neal."
3         And usually when he send out the helmets, he
4 doesn't -- he put the in box into another KBC box to make
5 sure that the helmets are being hold firmly, and then we
6 put the label on top of the box. So we don't just send
7 out the helmet with just in box only. We rewrap it with
8 another package and send it off to the client.
9     Q   And in all those cases, that outside box that
10 you've rewrapped it in is a KBC box?
11    A   KBC box.
12    Q   Now, do you -- you say that William knows where
13 to send them. Has he previously shipped helmets to One
14 Industries?
15    A   Many times.
16    Q   Has he previously shipped helmets to O'Neal?
17    A   Definitely.
18    Q   Are you aware of any problems before?
19    A   Not before, not until this instance.
20    Q   So did you say anything to him about the
21 shipping, or did you just say, "Here's some helmets to
22 go," and he figures it out?
23    A   I usually -- because we -- since we've been
24 sending so many helmets to both clients, and I
25 automatically assume that he would know how to handle the
                           50

1 Anybody else?
2     A   When it gets really busy, one of our sales
3 manager, even myself, goes downstairs and package
4 helmets, but that rarely happens.
5     Q   And do you know whether Mr. Yoo marked the boxes
6 in any way before he put -- closed them up or did
7 anything to them?
8     A   I don't know. I don't see him actually doing
9 it. I just gave him the helmets.
10    Q   Who did you talk to at One Industries about the
11 shipment?
12    A   I -- I believe I send e-mail to Ludo, but about
13 the package status, I spoke to Sandy. Sandy Samuelson
14 may be her last name. Her first name is Sandy, and she's
15 the only Sandy who works at One Industries.
16    Q   How about -- you mentioned that there have been
17 mistaken shipments before.
18        Correct?
19    A   Yeah, that happened occasionally, yes.
20    Q   Okay. Can you estimate how many times it's
21 happened?
22    A   No.
23    Q   Do you think more than 10 or 15 times?
24    A   Not that many. Maybe once or twice every three,
25 four months, but I've heard, yeah, those misdeliver has
                           52

Exhbit LL
87

**CONFIDENTIAL**                                          Jennifer Un Lee 5/3/2007

---

1 happened before, but not quite that often, though.
2 Rarely happens.
3     Q   Do you recall an incident where a No Fear helmet
4 or helmets were shipped to One Industries by mistake?
5     A   I'm not so sure about that.
6     Q   Do you recall any of the particular
7 misshipments, who got whose helmet by accident?
8     A   I heard about it, but I don't remember like
9 whose helmet delivered to which department, but yeah.
10     Q   Do you have any reason to believe that this
11 shipping mistake was related to the logos or trademarks
12 used by One Industries or O'Neal?
13     A   I don't think so personally.
14         MR. HANGARTNER:  I don't have anything else.
15
16             EXAMINATION
17 BY MR. TROJAN:
18     Q   Before the One Industries and O'Neal helmets
19 were put in the KBC boxes -- well, strike that.
20         Did you personally put the One Industries and
21 O'Neal helmets in their boxes?
22     A   No.
23     Q   So William went and put them into KBC boxes?
24     A   I believe so, because that's what he does
25 typically when we have the helmet.  Before he sends it

                            53

---

1 off to the client, he repackage them by putting those
2 into our -- the KBC box and send it off, but I didn't
3 really physically go downstairs and see whether he did it
4 again, but that's the typical routine.
5     Q   But you gave William the helmets?
6     A   I just gave -- he came upstairs and picked it up
7 and bring it down.
8     Q   And so when he picked them up, he could see the
9 logos on the boxes.
10         Correct?
11     A   I think so because the boxes were opened, not
12 the -- I -- once I reviewed the helmets, I repackaged the
13 boxes, but I didn't tape them, so he could obviously see
14 the logos on the boxes, yes.
15     Q   Okay.  So the logos on the box -- on each box it
16 has -- the O'Neal helmet is in a O'Neal box, and the One
17 Industries helmet is in a One Industries box?
18     A   Yes.
19     Q   And on the outside of those boxes it has the
20 logos?
21     A   Yes.
22     Q   And so he went and picked up those boxes from
23 you to ship them?
24     A   Right.
25     Q   Okay.  And you never discussed with him the

                            54

---

1 reason why he shipped them to the wrong places?
2     A   I did ask him once I found out about it, and he
3 said he mistakenly, you know, placed the -- he switched
4 up the labels on the outer box.
5     Q   And you're sure that you gave them both -- both
6 boxes to him at the same time?
7     A   Yeah, at the same time, yes.
8     Q   And then you said that you estimated that there
9 was one mistake in shipment every three to four months.
10         Is that correct?
11     A   I may not be so correct, but I hear that there
12 is a mistake made in terms of shipment, you know, from
13 time to time.
14     Q   Okay.  So do you have any way to know how
15 frequently that really happens?
16     A   Not really.  It happens occasionally.  So it's
17 not on regular basis, so I can't really tell you.
18     Q   Do you attend trade shows?
19     A   Yes, I do.
20     Q   Do you read motorcycle magazines?
21     A   Yes, I do.
22     Q   How long have you been doing that?
23     A   Reading --
24     Q   The magazines.
25     A   The magazines?  Ever since I joined KBC, so four

                            55

---

1 years.
2     Q   Okay.  And so do you have any idea what O'Neal
3 is known for?
4     A   They are famous for their MX helmet and
5 apparels, the protectors.  So I believe they -- since
6 they've been in the industry for a long time, I'm sure
7 that whoever that involved in this industry knows about
8 O'Neal's helmets.
9     Q   Are you familiar with O'Neal's O trademark?
10     A   In terms of -- can you be more specific?
11     Q   Have you seen it before?
12     A   The trademark?  Their logo?
13     Q   Right.
14     A   Yes, I've seen it all the time.
15     Q   Okay.  Do you know how long they've been using
16 the O trademark?
17     A   My assumption --
18         MR. HANGARTNER:  I'm going to object to that,
19 but you can go ahead and answer.
20         THE WITNESS:  I'm assuming that ever since they
21 started their business, but I'm not sure about that.
22         MR. TROJAN:  Okay.  I have no further questions.
23         MR. HANGARTNER:  I just have a quick follow-up.
24 It'll be short.
25             EXAMINATION

                            56

---

**GRADILLAS COURT REPORTERS**
**(310) 859-6677**

Exhbit LL
88