```
 1      UNITED STATES DISTRICT COURT
 2      SOUTHERN DISTRICT OF CALIFORNIA
 3
 4  ONE INDUSTRIES, LLC,       )
                               )
 5           Plaintiff,        )
                               )
 6      vs.                    ) No. 06-CV-1133 JAH (AJB)
                               )
 7  JIM O'NEAL DISTRIBUTING,   )
    INC.,                      )
 8                             )
             Defendants.       )
 9  _____)
10
11
12
13
14
15      VIDEOTAPED DEPOSITION OF ROBB ALLEN MESECHER
16              Beverly Hills, California
17                Tuesday, May 1, 2007
18
19
20
21
22
23
    Reported by:
24  DAVID S. COLEMAN
    CSR No. 4613
25  Job No. 070501DSC

                        1
```

```
 1      UNITED STATES DISTRICT COURT
 2      SOUTHERN DISTRICT OF CALIFORNIA
 3
 4  ONE INDUSTRIES, LLC,       )
                               )
 5           Plaintiff,        )
                               )
 6      vs.                    ) No. 06-CV-1133 JAH (AJB)
                               )
 7  JIM O'NEAL DISTRIBUTING,   )
    INC.,                      )
 8                             )
             Defendants.       )
 9  _____)
10
11
12
13
14      Videotaped deposition of ROBB ALLEN
15  MESECHER, taken on behalf of Defendant Jim O'Neal
16  Distributing, Inc., at 9250 Wilshire Boulevard, Suite
17  325, Beverly Hills, California, beginning at 10:15 AM and
18  ending at 12:41 PM on Tuesday, May 1, 2007, before DAVID
19  S. COLEMAN, Certified Shorthand Reporter No. 4613.
20
21
22
23
24
25
                        2
```

```
 1  APPEARANCES:
 2
 3  For Plaintiff One Industries, LLC and Third Party
    Defendants Ludovic Boinnard and Marc Blanchard:
 4
         X-PATENTS, APC
 5       BY: JONATHAN HANGARTNER
         Attorney at Law
 6       5670 La Jolla Boulevard
         La Jolla, California 92037
 7       858-454-4313
 8
    For Defendant Jim O'Neal Distributing, Inc.:
 9
         TROJAN LAW OFFICES
10       BY: R. JOSEPH TROJAN
         Attorney at Law
11       9250 Wilshire Boulevard, Suite 325
         Beverly Hills, California 90212
12       310-777-8399
13
    Also Present:
14
         FRANK KASHARE
15
16  Videographer:
17       LEE BOSSET
         GRADILLAS COURT REPORTERS
18       345 North Maple Drive, Suite 185
         Beverly Hills, California 90210
19       310-859-6677
20
21
22
23
24
25
                        3
```

```
 1              INDEX
 2  WITNESS:              EXAMINATION
 3  ROBB ALLEN MESECHER
 4
         BY MR. TROJAN         5, 80
 5
         BY MR. HANGARTNER     38, 84
 6
 7
              EXHIBITS
 8
    DEPOSITION              PAGE
 9
    100  Hand-drawn document by Mr. Mesecher   29
10
    101  Picture of Kombat Flame Helmet        29
11
    102  Pages Bates numbered ONE 00582 and    79
12       ONE 00590
13
14
15
16
17
18
19
20
21
22
23
24
25
                        4
```

**Page 69**

1 you know, carbon fiber helmets that are really nice.
2   Q   Is O'Neal known for its design or more for its
3 pricing?
4   A   I think they have done really well with both.
5 You know, I think the -- they have some high-end product
6 that's, you know, part carbon fiber that's really nice,
7 you know, really good designs, and they also have
8 inexpensive helmets that are -- you know, sometimes you
9 can't -- you're shocked about how, you know, the price
10 points are because the paint schemes are so good. You
11 know, I think they have a wide variety, you know, a wide
12 variety of helmets.
13   Q   So how about, can you just walk us through again
14 briefly this incident with Roland Hinz?
15       You said it was 36 to 48 months ago? How are
16 you placing it in time?
17   A   I'm placing it in time that, first of all, time
18 flies. I've just given it serious thought. I think
19 that's about the time frame.
20   Q   Now, was One Industries sort of a major player
21 at that point?
22   A   I don't know your definition of major player,
23 but, you know, anybody that, you know, has done as well
24 as they've done in the graphics industry is certainly a
25 great company and definitely growing.

**Page 70**

1   Q   At that point were they selling helmets, do you
2 know?
3   A   I don't know. I don't know. I think... I don't
4 know. I almost -- I would -- I don't know.
5   Q   What did Mr. Hinz -- what was his reaction when
6 Mr. Kashare told him it was not his sweatshirt, it was
7 One Instruments?
8   A   He was embarrassed.
9   Q   Did he know who One Industries was?
10   A   Yeah. Yeah. I mean, could he tell you the
11 owner's name, no. You know, did he have a personal
12 relationship with One Industries, no.
13   Q   Have you ever been confused between One
14 Industries and O'Neal?
15   A   No.
16   Q   And have you ever found the logos to be
17 confusing?
18   A   I think when you... I think you can see
19 similarities. I think up close you don't have a problem.
20 I've seen in photos where from a distance you would have
21 a hard time recognizing the difference between the two.
22   Q   And when you say "from a distance," like during
23 a race or when you're seeing them out in the field versus
24 in advertising or print?
25   A   Yeah, I think sometimes in print -- you know, I

**Page 71**

1 think sometimes in print you can have -- certainly have
2 some question marks whether or not it's -- what logo that
3 is.
4   Q   Is that an issue that -- well, let me see.
5       Does that reflect that you can't see the logo
6 very well? Is that what you're saying, that if the logo
7 is obscured or distant enough, that you can't tell the
8 detail?
9   A   I think what happens is you -- you know, I'm in
10 the industry. I live it day in, day out. I recognize --
11 I understand there's differences, but I think that from a
12 distance often you can't -- the logos -- logos in general
13 may not be real clear.
14       I think a lot of times we know that that rider
15 is a One guy, One Industries guy or he's an O'Neal guy
16 due to their, you know, great advertising that both
17 companies do. When I see, you know, Ricky Carmichael's
18 motorcycle, I know he uses One Industries' graphics
19 because he's done a wonderful job of showing that in
20 Motocross Action for the last, you know, few years. You
21 know, I know that when I see -- when I saw Tim Ferry or
22 Mike LaRocco over the years, when I see those guys, I
23 know that they're O'Neal, you know, branded racing. You
24 know, so that's -- I think a lot of people, a lot of, you
25 know, consumers look at the magazines. They know, you

**Page 72**

1 know, that's a One guy; that's a O'Neal guy; that's a --
2 Ricky Carmichael, he might be a Fox guy. I think they
3 kind of know that. I think from a distance, you know, I
4 think -- I can see where people could confuse them. Do I
5 confuse them when I look at them, you know, I don't
6 confuse them.
7   Q   Are you familiar with O'Neal's current -- well,
8 let me go -- ask you a different question here.
9       Roland Hinz, you said he's involved in the
10 publishing business. Is he involved in more than just Hi
11 Torque?
12   A   Yeah.
13   Q   What else does he do?
14   A   He owns some radio stations.
15   Q   Okay. A few, or is it a network? Is it -- at
16 what level are we talking about?
17   A   You know, I don't know how many he owns, but he
18 owns a fair amount of radio stations.
19   Q   Okay. Do you know if he's involved with a
20 called Salem Communications?
21   A   Yeah, he is.
22   Q   Okay. And what is Salem Communications?
23   A   That's a group of radio stations that are under
24 that umbrella.
25   Q   If you took --

**Page 73**

1  A  And he's on the board of directors.
2  Q  Do you know, is he a consumer of motocross
3 products?
4  A  No.
5  Q  Now, if you...
6     You mentioned something about Transworld giving
7 away the subscriptions or that -- I'm sorry -- MotoSport
8 Outlet was giving away subscriptions to Transworld
9 Motocross.
10    Correct?
11  A  Uh-huh.
12  Q  I just want to make sure I understood what
13 happened. I think what you said is that Motocross --
14 MotoSport Outlet purchased the subscriptions from
15 Transworld?
16  A  Uh-huh.
17  Q  That's correct?
18  A  Yeah. You have -- for -- yes, that's correct.
19  Q  Okay. So they -- Transworld didn't give the
20 subscriptions to MotoSport Outlet?
21  A  No. They had to sell them to them at a, you
22 know, next -- they had to sell -- I'm sure on paper they
23 had to sell those, because for the ABC -- the ABC, the
24 Audit Bureau of Circulation, to make those -- to count
25 those as legitimate sales, they have to be sold for a

**Page 74**

1 minimum price, and that in turn was traded in
2 complementary advertising, so it was a trade.
3  Q  It was a trade.
4     And what's the basis for the -- what you've
5 described in terms of that there was this trade and that
6 there were 10,000 subscriptions involved? How do you
7 know that?
8  A  Because MotoSport Outlet approached us with the
9 same offer --
10  Q  Okay.
11  A  -- and told us they had done that and would we
12 do that.
13  Q  Now --
14  A  And we declined.
15  Q  Who at MotoSport Outlet approached you with that
16 offer?
17  A  I don't know. The sales rep that handled the
18 account talked to all of us about that, so the marketing
19 director --
20     THE REPORTER: Talked to who about?
21     THE WITNESS: The --
22     THE REPORTER: I didn't hear the name. Talked
23 to who about?
24     THE WITNESS: Talked to Mark Thomas, who handled
25 the account, presented that offer to Mark.

**Page 75**

1 BY MR. HANGARTNER:
2  Q  So you -- your knowledge of what happened is
3 based on a conversation with someone at Hi Torque
4 Publications?
5  A  Yes.
6  Q  Who is relaying to you a conversation they had
7 with someone from MotoSport Outlet?
8  A  That had just completed that trade with
9 MotoSport -- with Transworld Motocross and would we be
10 interested in doing the same.
11  Q  But you never had any direct contact with
12 MotoSport Outlet?
13  A  Correct.
14  Q  And when -- what -- is this something that's
15 happened every year, or what year did this happen?
16  A  That -- it was probably three years ago now.
17  Q  Okay. Did that happen last year?
18  A  I don't know.
19  Q  And how about this year's Transworld survey, do
20 you know if that was affected by this?
21  A  Their ABC?
22  Q  Whether -- do you know whether there was this
23 type of a subscription trade this year?
24  A  No. I think -- no, I do not know.
25  Q  Do you know of any sort of fundamental flaws

**Page 76**

1 with the Transworld survey that was conducted this year?
2  A  Now you are talking about the survey?
3  Q  Yeah, I'm talking about the survey.
4  A  No, I don't know about their survey.
5  Q  You were asked a question who has used the O
6 logo longer, O'Neal or One. What O logos were you
7 referring to when you answered?
8  A  Well, they -- O'Neal's had that O logo for, you
9 know, many years.
10  Q  And when you say "that O logo," what are you
11 referring to?
12  A  Kind of a slanted O logo.
13  Q  With an apostrophe?
14  A  The apostrophe seems like it was newer. There
15 was a more aggressive apostrophe in the last couple
16 years.
17  Q  Okay. The -- what I'd like to know, as best you
18 can remember, sort of the evolution of the O'Neal logo.
19 When is the most recent time they changed their logo?
20  A  It seems to me like they changed -- we're
21 probably on the third year of a slight tweaking to the
22 logo, and '07 being the third year.
23  Q  Okay. So that would be -- '05, '06, '07 would
24 be the three years you're referring to?
25  A  Yeah.