X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd,
La Jolla, California 92037
Telephone: 858-454-4313
Facsimile: 858-454-4314
Email: jon@x-patents.com

Attorneys for Plaintiff and Counter-Defendant One Industries, LLC, and Third-Party Defendant Ludovic Boinnard

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE INDUSTRIES, LLC, a limited liability company,<br><br>Plaintiffs,<br>v.<br><br>JIM O'NEAL DISTRIBUTING, INC., a corporation,<br><br>Defendants. | Case No. 06 CV 1133 JAH (AJB)<br><br>**STATEMENT OF RELEVANT UNDISPUTED FACTS**<br><br>Judge: Hon. John A. Houston<br><br>[Complaint filed May 25, 2006] |
| JIM O'NEAL DISTRIBUTING, INC.<br><br>Counterclaimant,<br>v.<br><br>ONE INDUSTRIES, LLC,<br><br>Counterdefendant | Date: October 22, 2007<br>Time: 2:30 p.m.<br>Crtm: 11 |

O'Neal's Trademarks

1. Jim O'Neal Distributing, Inc. ("O'Neal") is the owner of federal trademark Registration Nos. 2753027, 2788722, 2756159, and 2753028 for the word mark O'NEAL. O'Neal first used this mark in commerce on protective gear and motocross clothing in 1984, on bicycle and motorcycle parts in 1990, and on helmets in 1996. O'Neal Amended Answer and Counterclaims ¶ 46.

2. In 1991, O'Neal began using a composite O' mark that appeared as follows: . This mark is not registered. *Id.* at ¶ 52.

3. In 1992, O'Neal modified its composite O' mark such that it appeared as follows: . This mark is not registered. *Id.* at 53.

4. In 1993, O'Neal also began using this composite O' mark at an angle such that it appeared as follows: . This mark is registered as Registration No. 2006697. *Id*. at 54.

5. In 1995, O'Neal also began using another composite O' mark that appeared as follows: . This mark is not registered. *Id*. at 55.

6. In December 2003, O'Neal began using another composite O' mark on gear that appears as follows: . This mark is the subject of pending registration application no. 78878750. *Id.* at 56. This mark was not introduced onto helmets until the 2005 helmet line. Hangartner Decl., Exh. Z.

7. Most of the helmets in O'Neal's 2004 helmet line used the Rounded O' mark. None of O'Neal's 2004 helmets used the Angular O' mark. Hangartner Decl., Exh. Y .

8. Most of the helmets in O'Neal's 2005 helmet line used the Angular O' mark. Only one O'Neal 2005 helmet model, the 546 model, used the Rounded O' mark. Hangartner Decl., Exh. Z.

9. Most of the helmets in O'Neal's 2006 helmet line used the Angular O' mark. None of O'Neal's 2006 helmets used the Rounded O' mark. Hangartner Decl., Exh. A.

<u>One Industries' Licensed Trademarks</u>

10. Ludovic Boinnard ("Boinnard") and Mark Blanchard ("Blanchard") are the owners of federal trademark Registration Nos. 2831709, 2831710, 2842641, 2946193 for the One Icon Mark, which appears as follows: . Hangartner Decl. Exh. O.

11. One Industries, LLC ("One Industries") is the sole licensee of Registration Nos. 2831709, 2831710, 2842641, 2946193. One Industries first used Registration Nos. 2831709, 2831710 and 2842641 on clothing, motorcycle parts, and printed materials, respectively, in commerce in September 1999. One Industries first used Registration No. 2946193 on motorcycle helmets in commerce on December 19, 2003. Hangartner Decl. Exh. O.

12. Boinnard and Blanchard are the owners of federal trademark Registration Nos. 2894614, 2894615, 2894616, and 2970422 for the One Angular Mark, which appears as follows: ONE . Hangartner Decl. Exh. P.

13. One Industries is the sole licensee of Registration Nos. 2894614, 2894615, 2894616, and 2970422. One Industries first used Registration Nos. 2894614, 2894615 and 289616 on clothing, printed materials, and motorcycle parts, respectively, in September 1999. One Industries first used Registration No. 2970422 on motorcycle helmets in commerce on December 19, 2003. Hangartner Decl. Exh. P.

One Industries' Helmets

14. One Industries introduced its Trooper helmet in its 2004 catalog, which was printed in late 2003. Hangartner Decl. Exh. J.

15. One Industries introduced its Kombat helmet in August 2005. Hangartner Decl. Exh. K.

Alleged Actual Confusion

16. Frank Kashare has not personally received a call from a consumer asking for an O'Neal Kombat or Rockstar helmet, or for any other One Industries product. Everything he knows about such calls is based on what he was told by others. Kashare Depo. [83:35-93:19; 97:18-20], Hangartner Supp. Decl., Exh. KK.

17. According to Mr. Kashare, the first time that he was told of a call from a customer asking for an O'Neal Kombat helmet was in late 2005 or early 2006, but

he cannot place it in time any more precisely.  Kashare Depo. [115:23-116:25]. Hangartner Supp. Decl. Exh. KK.

18. There is no testimony by any O'Neal witness with personal knowledge regarding any call from a consumer asking for an O'Neal Kombat or Rockstar helmet that allegedly occurred prior to January 2007.

19. The major online retailer Dennis Kirk mis-identified a One Industries Kombat helmet as an O'Neal Kombat helmet on its retail website in 2006.

20. Rocky Trevino did not personally hear anyone ask for an O'Neal Rockstar helmet, all of his information regarding the alleged incident is based on what he was told by others. Trevino Depo. [13:8-16:22], Exh. A to Declaration of Lauren Mirsky.

21. Roland Hinz is a communications executive.  He not a consumer of motocross products.  Mesecher Depo. [72:9-73:4], Hangartner Supp. Decl. Exh. MM.

22. KBC manufactures helmets for both One Industries and O'Neal and is familiar with both companies.  Lee Depo. [10:16-11:21], Hangartner Decl., Exh. LL.

23. KBC has incorrectly labeled product packages for shipment to its customers "quite a bit," as much as "once or twice every three, four months." Lee Depo. [19:20-20:19; 26:2-10; 52:16-53:3], Hangartner Supp. Decl., Exh. LL.

24. KBC's shipment of One Industries samples to O'Neal and an O'Neal sample to One Industries on the same day was a shipping error, not related to the

company's logos. Lee Depo. [45:22-51:5; 53:10-13; 54:25-55:7], Hangartner Supp. Decl., Exh. LL.

DATED: October 5, 2007

X-PATENTS, APC

By s/ Jonathan Hangartner

Email: jon@x-patents.com
Attorneys for Plaintiff/Counter-Defendant ONE INDUSTRIES, LLC and Third-Party Defendant LUDOVIC BOINNARD