| | |
|---|---|
|1| **Table of Contents** |

2  1. Exhibit CC ......................................................................................................... 4
3  2. Exhibit DD ........................................................................................................ 19
4  3. Exhibit EE ......................................................................................................... 20
5  4. Exhibit FF ......................................................................................................... 40
6  5. Exhibit GG ........................................................................................................ 44
7  6. Exhibit HH ........................................................................................................ 48
8  7. Exhibit II .......................................................................................................... 51
9  8. Exhibit JJ .......................................................................................................... 57
10 9. Exhibit KK ....................................................................................................... 77
11 10. Exhibit LL ...................................................................................................... 83
12 11. Exhibit MM .................................................................................................... 89