# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

One Industries, LLC

               **V.**                    **JUDGMENT IN A CIVIL CASE**

Tim O'neal Distributing, Inc.

                                  **CASE NUMBER:**    06CV1133-JAH(AJB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's/Counter-Defendant's and Third Party Defendant's motion for summary judgment is granted.

| | |
|---|---|
| February 14, 2008 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON February 14, 2008 |